**RECEIVED**

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1  Greg Morgan
   2010 W. Ave K #427
2  Lancaster, CA 93536
   Telephone: (661) 943-8517
3  eMail: greg@morganclan.mobi
   pro se
4

5

6

7
                    UNITED STATES DISTRICT COURT
8
                    FOR THE DISTRICT OF COLUMBIA
9

10

| MORGAN, | Case No.: 1:07-cv-01748-RMU |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR CM/ECF PASSWORD |
| FEDERAL AVIATION ADMINSTRATION et al., | |
| Defendants' | |

17
I. **PLAINTIFF'S MOTION FOR CM/ECF PASSWORD, POINTS AND**
18
**AUTHORITIES ARGUMENT IN SUPPORT OF MOTION:**
19
    Plaintiff in the above entitled action hereby moves the Court for an order granting
20
CM/ECF Password, LCvR 5.4(a) provides that the Court favors electronic filings. LCvR
21
5.4(b)(2) provides it is "within the discretion of the judge to whom the case is assigned" to grant
22
to *pro se* plaintiff's a status as an CM/ECF filer in this Court.
23
    Accordingly, plaintiff's hereby requests that the Court grant Plaintiff's such filing status for
24
the following reasons:
25

- Plaintiff is familiar with CM/ECF filing procedures;
- Plaintiff is capable of using the CM/ECF system;
- The CM/ECF system would reduce overall costs to Plaintiff;
- The CM/ECF system is the preferred system for submitting document to the Court.

## II. PLAINTIFF'S MOTION FOR CM/ECF PASSWORD IS UNOPPOSED

Pursuant to LCvR 7(m), plaintiff discussed the instant motion with Ms. Claire Whitaker and is unopposed. Therefore, pursuant to t LCvR 5.4(b)(2), the Court should grant plaintiff's request for a CM/ECF Password.

///

///

///

Dated: April 14, 2008.

Respectfully Submitted,

By: _____
Greg Morgan
Plaintiff, pro se.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| MORGAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL AVIATION ADMINISTRATION et al.,<br>　　　　Defendants' | Case No.: 1:07-cv-01748-RMU<br><br>**ORDER FOR CM/ECF PASSWORD** |
|---|---|

Plaintiff's motion for a CM/ECF PASSWORD is hereby Granted/Denied.

　　　　　　　　　　　　　Dated:_____


　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　Ricardo M. Urbina,
　　　　　　　　　　　　　United States District Judge

1

# CERTIFICATE OF SERVICE

I, Jeannette Buteyn, declare:

I am a citizen of the United States and I am over the age of eighteen years, and I am not a party to the above-entitled action.

On April 14, 2008, by first class mail or express mail and/or delivery, I mailed a copy of:

    **"MOTION FOR CM/ECF PASSWORD" and "ORDER"**

To:

    Clerk's Office
    United States District Court for the District of Columbia
    333 Constitution Avenue, N.W.
    Washington, D.C. 20001
    (202) 354-3000

And one copy of the same,

To:

    CLAIRE WHITAKER,
    United States Attorneys Office Civil Division
    555 4th Street, N.W., Room E-4204
    Washington, D.C. 20530
    (202) 514-7137

And one copy of the same,

To:

    Susan Marmet
    20011 Sycamore Drive
    Tehachapi, CA 93561

I declare under penalty of perjury that the forgoing is true and correct.

Executed on April 14, 2008, at Palmdale, California.

_____
Jeannette Buteyn,
Serve Right, LLC.

1