Greg Morgan
2010 W. Ave K #
427 Lancaster, CA 93536
Telephone: (661) 943-8517
eMail: greg@morganclan.mobi

**RECEIVED**

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| MORGAN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINSTRATION et al.,<br><br>　　　Defendants | Case No.: 1:07-cv-01748-RMU<br><br>NOTICE OF FILING PROOF OF SERVICE, SUMMONS AND COMPLAINT<br>LCvR 5.3 |
|---|---|

**I.   PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE:**

PLEASE TAKE NOTICE THAT in the above entitled action, that service of the original complaint has been executed upon:

　　1) The Federal Aviation Administration (Fed.R.Civ.P. §§ 4(i)(2), 4(i)(1)(A)(i), 4(i)(1)(A)(ii); 4(i)(1)(B));

　　2) Susan Marmet ((Fed.R.Civ.P. §§ 4(i)(3), 4(e)(1) and 4(e)(2)(B).

and as more fully demonstrated in the attached declaration, exhibits and proof of service.

///

///

1

1 | Dated: April 14, 2008.

Respectfully Submitted,

By: _____
Greg Morgan
Plaintiff, pro se.

| | |
|---|---|
| 1 | **DECLARATION OF GREG MORGAN** |
| 2 | I, Greg Morgan, declare as state as follows: |
| 3 | I am the Plaintiff in the within action. |
| 4 | The facts set forth in the attached "NOTICE OF FILING PROOF OF SERVICE, SUMMONS |
| 5 | AND COMPLAINT LCvR 5.3" and "EXHIBIT 1" are true and correct based either upon my |
| 6 | first hand knowledge, or based upon my information and belief, and I believe such latter facts to |
| 7 | be true and correct. |
| 8 | 1. I caused the serving of the summons issued by the clerk of this court in this action |
| 9 | and the original complaint through the services of "DUE PROCESS ATTORNEY |
| 10 | SERVICES, INC." upon defendant, Susan Marmet, and upon the defendant Federal |
| 11 | Aviation Administration and accordingly each have been served with a copy of |
| 12 | the summon and original complaint. |
| 13 | 2. The attachments as "EXHIBIT 1" are true and correct copies of the original which |
| 14 | I maintain at my residence. |
| 15 | I declare under penalty of perjury that the above is true and correct. |
| 16 | Executed this 14th Day of April, 2008, in Palmdale, California |
| 17 | |
| 18 | *(signature)* |
| 19 | Greg Morgan |

O AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 01/19/08 |
| NAME OF SERVER (PRINT)  JARED L. OLIVER | TITLE PROCESS SERVER-PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: ALAN STAABE

☐ Returned unexecuted: _____

☐ Other (specify): SUSAN MARMET, DEFENDANT, WAS SUB-SERVED BY LEAVING COPIES WITH ALAN STAABE, CO-TENANT. ALAN STAABE IS AN ADULT, WHITE MALE, APPROXIMATELY 6'5", 200 POUNDS. HAIR IS SALT AND PEPPER WITH LIGHTER HIGHLIGHTS. ATTACHED IS A STATEMENT OF DUE DILIGENCE AND STATEMENT OF MAILING.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES Sub-Served, Susan Marmet | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/19/08
                   Date                      Signature of Server

12311 COLORADO AVENUE, BAKERSFIELD, CA 93312
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Case No.: 1:07-cv-01748-RMU                                              EXHIBIT 1

(Combined Form)

DECLARATION OF DUE DILIGENCE TO EFFECT SERVICE, and
DECLARATION OF MAILING - CCP 1012a, 2015.5

After three or more diligent, reasonably spaced attempts to achieve personal service at defendants usual place of abode and/or usual place of business at which times defendant was absent from these locations, I have been unable to affect personal service on the within named:

Defendant: SUSAN MARMET

Home Address: 20011 SYCAMORE DRIVE, TEHACHAPI, CA 93561
Bus. Address: UNLNOWN

| DATE | TIME | LOCATION | REASON FOR NON-SERVICE |
|---|---|---|---|
| 01/15/08 | 5:17 PM | HOME | NO ANSWER |
| 01/18/08 | 11:48 AM | HOME | NO ANSWER |
| 01/18/08 | 7:28 PM | HOME | NO ANSWER |
| 01/19/08 | 4:04 PM | HOME | NOT IN, PER MALE NOT SURE WHEN SHE WILL RETURN |
| 01/19/08 | 4:18 PM | HOME | NOT IN, LEFT COPIES WITH ALAN STAABE |

DECLARATION OF MAILING - CCP 1013a, 2015.5

On 01/22/08 after substituted service under CCP 415.20(a) or 415.20(b), I caused the documents listed above to be served on the defendant in the within action by placing a true copy thereof in a sealed envelope with postage prepaid for certified mail in the United States mail at Bakersfield California, addressed as follows:

SUSAN MARMET
20011 SYCAMORE DRIVE
TEHACHAPI, CA 93561

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I and all of the Independent Contractors used by Due Process are over the age of eighteen and are not a party to this action.

Date: 01/22/08

(X) _____
JARED OLIVER, EXEMPT UNDER
CA P.I. LICENCE #23395
DUE PROCESS ATTORNEY SERVICES, INC.
P.O. BOX 20655
BAKERSFIELD CA. 93390-0655
(661) 663-4040





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorney for the District of Columbia
   501 Third Street, NW
   Washington DC, 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_     ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery
   _[name]_                           JAN 2 5 2008

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0002 0471 9862

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Case No.: 1:07-cv-01748-RMU                                   EXHIBIT 1







# CERTIFICATE OF SERVICE

I, Jeannette Buteyn, declare:

I am a citizen of the United States and I am over the age of eighteen years, and I am not a party to the above-entitled action.

On April 14, 2008, by first class mail or express mail and/or delivery, I mailed a copy of:

    Plaintiff's "NOTICE OF FILING PROOF OF SERVICE, SUMMONS AND COMPLAINT LCvR 5.3" including a declaration of Greg Morgan and documents provided as "EXHIBIT 1"

To:

    Clerk's Office
    United States District Court for the District of Columbia
    333 Constitution Avenue, N.W.
    Washington, D.C. 20001
    (202) 354-3000

And one copy of the same,

To:

    CLAIRE WHITAKER,
    United States Attorneys Office Civil Division
    555 4th Street, N.W., Room E-4204
    Washington, D.C. 20530
    (202) 514-7137

And one copy of the same,

To:

    Susan Marmet
    20011 Sycamore Drive
    Tehachapi, CA 93561

I declare under penalty of perjury that the forgoing is true and correct.

Executed on April 14, 2008, at Palmdale, California.

_____
Jeannette Buteyn,
Serve Right, LLC.