1  Greg Morgan
   2010 W. Ave K #427
2  Lancaster, CA 93536
   Telephone: (661) 339-9684
3  Fax: (661) 952-1902
   Email: greg@morganclan.mobi
4  Pro Se

5

6
                    UNITED STATES DISTRICT COURT
7
                    FOR THE DISTRICT OF COLUMBIA
8

| 9  | GREG MORGAN, | Case No.: 1-07-cv-01748 (RMU) |
|----|---|---|
| 10 | Plaintiff, | **PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS (COUNT ONE AND COUNT TWO)** |
| 11 | v. | |
| 12 | FEDERAL AVIATION ADMINISTRATION, et al., | |
| 13 | | |
| 14 | Defendants. | |

15
              **PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS**
16
                         **(COUNT ONE AND COUNT TWO)**
17

18      Pursuant to Fed.R.Civ.P. 12(c), Plaintiff in the above entitled action respectfully moves

19  the Court for entry of judgment in Plaintiff's favor on COUNT ONE AND COUNT TWO of

20  Plaintiff's causes of action. Judgment is appropriate here since it is uncontested and admitted the

21  Defendant is subject to the Fair Labor Standards Act ("FLSA"). The FLSA requires payment for

22  overtime when an employee worked more than forty hours per week. The FLSA prohibits

23  retaliation such as a discharge of an employee for engaging in FLSA protected activities. In

24  addition, Defendant has failed to plead any defense sustainable under law.

25      Plaintiff's first cause of action is simply stated as failing to pay overtime pursuant to the

    FLSA, 29 U.S.C. § 207(a)(1), which Defendant's in their pleadings do not establish any

                                      1

1  cognizable relationship under the FLSA with which Plaintiff was an employee of the Department
2  of Transportation and admit that it advised Plaintiff to obtain mandatory medical information in
3  order to maintain his medical clearance, to wit: .45 minutes of overtime.
4      Plaintiff's second cause of action is simply stated as a violation of the anti-retaliation
5  provision of the FLSA, 29 U.S.C. § 215(a)(3), which Defendant's in their pleadings do not
6  establish any cognizable relationship under the FLSA with which Plaintiff was an employee of
7  the Department of Transportation and admit Plaintiff was discharged upon a charge of:
8  "Working beyond shift without authorization to do so and then claiming it as overtime."
9      For the foregoing reasons and those set forth in Plaintiff's accompanying memorandums
10 of law and points of authorities, upon the pleadings, the original complaint and attached exhibits
11 adopted thereto and hereto by reference, the answer, the appendix, the proposed order, the proof
12 of service and upon such other and further matter(s) as the Court may consider in its decision of
13 the matter supporting of his Motion for Judgment on the Pleadings, Plaintiff respectfully requests
14 that the Court enter judgment in his favor.
15     Plaintiff respectfully requests telephonic oral hearing upon this matter at a time
16 designated by the Court.
17 ///
18 ///
19 Dated: January 26, 2009

                          Respectfully submitted,

                          By: _____

                            s/Greg Morgan
                            Pro Se

**STATEMENT OF ELECTRONIC SERVICE**

I hereby certify that on January 26, 2009 a copy of the foregoing "PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS (COUNT ONE AND COUNT TWO)" and "PLAINTIFFS' MEMORANDUM OF LAW AND POINTS OF AUTHORITIES IN SUPPORT OF HIS MOTION FOR JUDGMENT ON THE PLEADINGS (COUNT ONE AND COUNT TWO)" and "PLAINTIFFS' APPENDIX IN SUPPORT OF HIS MOTION FOR JUDGMENT ON THE PLEADINGS (COUNT ONE AND COUNT TWO)" and his "ORDER GRANTING JUDGMENT ON THE PLEADINGS" was filed electronically. I understand that notice of the above filings will be sent to all parties by operation of the Court's electronic filing system, LCvR 5.4(d)(1). Parties may access this filing through the Court's system.

s/Greg Morgan