**Greg Morgan**
**2010 W. Ave K #427**
**Lancaster, CA 93536**
**Telephone: (661) 339-9684**
**Fax: (661) 952-1902**
**Email: greg@morganclan.mobi**
**Pro Se**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG MORGAN,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**FEDERAL AVIATION ADMINISTRATION, et al.,**<br><br>　　　　**Defendants.** | **Case No.:** 1-07-cv-01748 (RMU)<br><br>**ORDER GRANTING JUDGMENT ON THE PLEADINGS** |

### ORDER GRANTING JUDGMENT ON THE PLEADINGS

ON THIS DAY came on to be considered the motion of Plaintiff, Greg Morgan, for an Order granting judgment on the pleadings and the Court having considered the same and being fully advised, accordingly grants such motion; and

It is accordingly ORDERED, ADJUDGED AND DECREED that Plaintiff take judgment on the pleadings as to "COUNT ONE" and as to "COUNT TWO" in his favor.

Dated: _____        By: _____
　　　　　　　　　　　　　　　　　　　Ricardo M. Urbina,
　　　　　　　　　　　　　　　　　　　United States District Judge

1