# Exhibit 3



# AGREEMENT
## between the
## NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION
## AFL/CIO
## and the
## Federal Aviation Administration
## Department of Transportation



### SEPTEMBER 2003

Exhibit 3

# ARTICLE 37
# BACK PAY

**Section 1.** In accordance with 5 USC Chapter 71, the Parties recognize the power of an appropriate authority to render a remedy in accordance with the provisions of 5 USC 5596.

# ARTICLE 38
# OVERTIME

**Section 1.** The facility manager shall maintain a roster of qualified bargaining unit employees who have indicated a desire to work overtime. When overtime work is to be performed, it shall first be made available to employees on the roster, on an equitable basis. In the event no employees on this roster can be reached, the Agency may require other unit employees to work the overtime. The roster and distribution of overtime provided for in this Article shall be available to facility employees. Employees must provide a telephone number where they may be reached. Any assignments to employees not listed on the roster shall be made on an equitable basis.

**Section 2.** If an employee assigned to work overtime can secure a qualified replacement, he/she shall be relieved of the assignment. If the employee cannot secure a qualified replacement, the employee will work the overtime. An employee may be relieved of an overtime assignment when, in the judgment of the Agency:

a.  the health or efficiency of the employee may be impaired; or

b.  personal circumstances make it impossible for the employee to perform the overtime duty.

**Section 3.** In the event of holdover overtime, the Agency shall notify the employee as soon as possible before the end of the employee's regular shift.

**Section 4.** Annual leave may be granted to any employee regardless of whether or not overtime work is being performed at the time by other employees on the shift.

**Section 5.** Overtime pay computations for non-exempt bargaining unit employees must be made solely in accordance with the Fair Labor Standards Act (FLSA) regulations in 5 CFR Part 551 and this Agreement. Employees are not eligible for overtime pay for work in excess of eight hours in an administrative workday, except in cases where they have been called in before the beginning, or held over beyond the end, of their scheduled shift. For the purpose of this provision, authorized leave, compensatory time used, and credit hours used are considered hours of work.

**Section 6.** Non-exempt employees shall receive base pay plus one-half of their regular rate for all FLSA overtime work. The increment of payment shall be one (1) minute. All time worked, including hours and minutes, shall be recorded on a daily basis.

**Section 7.** Except as otherwise provided for below, compensatory time off may not be substituted for overtime pay for regularly scheduled overtime work. At the request of an employee, the Agency may grant compensatory time off from an employee's tour of duty instead of payment for an equal amount of irregular or occasional overtime work. At the request of an employee, the Agency may grant compensatory time off from an employee's basic work requirement under a flexible work schedule instead of payment for an equal amount of overtime work, whether or not irregular or occasional in nature.

If an employee has any entitlement to overtime pay under FLSA at the end of a work week, the Agency cannot require the employee to take compensatory time instead of overtime pay.

**Section 8.** Overtime shall not normally be canceled without seven (7) days notice. However, if an employee cancels or returns from annual or sick leave, any overtime scheduled to cover that absence

may be canceled, provided that such overtime had been scheduled as a direct result of the returning employee's absence.

Section 9.  When an employee is called in before or held over past his/her regularly assigned shift, he/she shall be guaranteed two (2) hours of work.

Section 10.  If an employee is called in or scheduled for overtime on his/her regular day off and physically reports to work, he/she shall be guaranteed eight (8) hours of work.

Section 11.  The express terms of this Article apply separately and distinctly to each of the following bargaining units:  air traffic controllers, traffic management coordinators/specialists and NOTAM specialists.