UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREG A. MORGAN,              ) | |
|                              ) | |
|     Plaintiff,     ) | |
|                              ) | |
| v.                           ) | Civil Action No. 07- 01748 (RMU) |
|                              ) | |
| U.S. DEPARTMENT OF TRANSPORATION,  ) | |
|                              ) | |
|     Defendant.    ) | |
|                              ) | |

## DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1       Plaintiff has filed a Complaint in this Court alleging, *inter aliia*, that he was unlawful removed from employment with the Federal Aviation Administration.  Docket Entry 1.

2.      He pursued the identical action through the Merit Systems Protection Board, to the United States Court of Appeals for the Federal Circuit in Morgan v. Department of Transportation, Docket No. 2007-3201, 2008 WL 5000276, *slip op.* (Fed. Cir. November 24, 2008).  Exhibit 1, hereto.

Respectfully submitted,

        /s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

        /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137