UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG A. MORGAN,**           ) | |
|                               ) | |
| **Plaintiff,**      ) | |
|                               ) | |
| v.                            ) | C. A. No. 07- 01748 (RMU) |
|                               ) | |
| **U.S. DEPARTMENT OF TRANSPORATION,**  ) | |
|                               ) | |
| **Defendant.**      ) | |
|                               ) | |

ORDER

Upon consideration of Plaintiff's Motion for Judgment on the Pleadings, Defendant's Motion to Dismiss or for Summary Judgment, the parties oppositions and replies, thereto, and it appearing that this matter has been previously litigated and decided on appeal in the United States Court of Appeals for the Federal Circuit, it is this _____ day of _____,

ORDERED, that this matter is dismissed from the docket pursuant to the doctrine of *res judicata.*

_____
UNITED STATES DISTRICT JUDGE

GREG MORGAN, *pro se*
2010 W. Ave K #427
Lancaster, CA 93551

CLAIRE WHITAKER
(by ECF filing)