**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREG A. MORGAN, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF TRANSPORATION, )<br>)<br>　　　　Defendant. )<br>_____ ) | Civil Action No. 07- 01748 (RMU) |

**DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

# SEE DOCKET ENTRY # 8

Respectfully submitted,

　　　　/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

　　　　/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

　　　　/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137