IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG MORGAN,**<br><br>    **Plaintiff,**<br><br>   v.<br><br>**FEDERAL AVIATION ADMINISTRATION,** et al.,<br><br>    **Defendants.** | **Case No.:** 1-07-cv-01748 (RMU)<br><br>**ORDER RE: 30 DAY ENLARGEMENT OF TIME TO REPLY TO "DEPARTMENT OF" TRANSPORATION" MOTION PURSUANT TO Fed.R.Civ.P. 12(b)(6)** |

ORDER RE: 30 DAY ENLARGEMENT OF TIME

Upon consideration of Plaintiff's Motion seeking a 30 day extension of time to reply to "DEPARTMENT OF" TRANSPORATION" motion pursuant to Fed.R.Civ.P. 12(b)(6), the opposition and replies, thereto.

It is accordingly ORDERED, ADJUDGED AND DECREED that Plaintiff 's Motion for a 30 Day enlargement of time to reply to "DEPARTMENT OF" TRANSPORATION" motion pursuant to Fed.R.Civ.P. 12(b)(6) IS GRANTED.

Dated: _____          By: _____
                                                                          Ricardo M. Urbina,
                                                                          United States District Judge

CLAIRE WHITAKER

GREG MORGAN

1