UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREG A. MORGAN,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>FEDERAL AVIATION  )<br>ADMINISTRATION, et al.,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 07-1748 (RMU) |

## DECLARATION OF LAKESHA CARROLL

I, Lakesha Carroll, do hereby depose and state that:

1.    I am a Docket Technician in the Civil Division of the United States Attorney's Office for the District of Columbia ("U.S. Attorney's Office"). I have held this position since May 16, 2006.

2.    I am authorized to receive service of process in civil cases. The office's procedure for recording receipt of process is for the civil process clerk to stamp the summons with a date stamp upon receipt and to record the name of the case and the civil action number in the Civil Division's "Summons and Complaint Service Book."

3.    I understand that Plaintiff filed the complaint in this case on September 28, 2007. I have reviewed the Summons and Complaint Book from that date to ascertain whether the summons and complaint have been served on this office. The entry in the Summons and

Complaint Book reflects that service was perfected on this office January 28, 2008.[1]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2009.

LAKESHA CARROLL, Docket Technician,
United States Attorney's Office for the
District of Columbia, Civil Division

---

[1] This case was first received at the Department of Justice (DOJ) mailroom by Ernest Parker on behalf of the United States Attorney. Cases are not considered properly served unless and until they are received by one of the Civil Division staff members who have been designated to accept service of process. The return of service affidavit filed with the Court, however, may reflect the date the summons and complaint were received by DOJ's mailroom, and so indicate that the due date for the defendant's response is earlier than it actually is because the time to respond starts when the summons and complaint are received here, not at DOJ.