**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GREG A. MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1748 (RMU) |
| | ) | |
| FEDERAL AVIATION ADMINISTRATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants' Motion for Leave to File an Amended Answer, any opposition thereto, and for good cause shown, it is this \_\_\_\_ day of _____ , 2009

ORDERED, that said motion is granted.  Defendant's Answer is deemed filed this date.

_____
UNITED STATES DISTRICT JUDGE