IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG MORGAN,**<br><br>        **Plaintiff,**<br><br>   v.<br><br>**FEDERAL AVIATION ADMINISTRATION, et al.,**<br><br>        **Defendants.** | **Case No.:** 1-07-cv-01748 (RMU)<br><br>**NOTICE OF ERRATA** |

## NOTICE OF ERRATA

In filing his opposition to the Defendant's Motion for Leave to Amend Their Answer,

Plaintiff inadvertently through the ECM/ECF system, failed to attach a proposed order.

Plaintiff now corrects that oversight and attaches a proposed order as the rules require. .

Respectfully submitted,

Dated: March 17, 2009                        By: _____
                                                             s/Greg Morgan
                                                              Pro Se