IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG MORGAN,**<br><br>         **Plaintiff,**<br><br>    **v.**<br><br>**FEDERAL AVIATION ADMINISTRATION, et al.,**<br><br>         **Defendants.** | **Case No.:** 1-07-cv-01748 (RMU)<br><br>**ORDER DENYING LEAVE TO AMEND ANSWER** |

### ORDER DENYING LEAVE TO AMEND ANSWER

ON THIS DAY came on to be considered Defendant's Motion for Leave to Amend their Answer and the Court having considered the parties oppositions and replies thereto and being fully advised, accordingly Denies such motion.

It is accordingly ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Leave to Amend their Answer is DENIED.

Dated: _____           By: _____
                                                                       Ricardo M. Urbina,
                                                                       United States District Judge

1