## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREG A. MORGAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1748 (RMU) |
| FEDERAL AVIATION ADMINISTRATION, et al., | ) |
| Defendants. | ) |

### MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants move for an extension of time to reply to Plaintiff's Response to Defendants' Motion for Leave to Amend their Answer, to and including April 6, 2009. The reply to Plaintiff's Opposition is due on March 27, 2009. Defendants' counsel attempted unsuccessfully to contact Plaintiff to determine whether he would oppose this motion. This motion is being filed in comformance with this Court's four-day rule for filing motions for extensions of time.

The grounds for this motion are as follows. Before responding to Plaintiff's opposition to Defendants' Motion to Amend, undersigned counsel must consult with the agency in formulating Defendants' response. However, because the agency counsel will be out of the office during the week of March 23, 2009, it will be impossible to obtain agency input and finalize the reply until after March 30, 2009. It is expected that Defendants' reply will be finalized during the week of March 30, 2009. Accordingly, and in an abundance of caution, Defendants request an extension of time to reply to Plaintiff's opposition until Monday, April 6, 2009. A proposed order is attached.

Respectfully submitted,


____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137