**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GREG A. MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1748 (RMU) |
| | ) | |
| FEDERAL AVIATION | ) | |
| ADMINISTRATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

Upon consideration of Defendants' Motion to Extend the time for responding to

Plaintiff's Opposition to Defendants' Motion for Leave to File an Amended Answer, any

opposition thereto, and for good cause shown, it is this _____ day of _____, 2009

ORDERED, that said motion is granted.  Defendants shall have to and including April 6,

2009, to file a response.

_____
UNITED STATES DISTRICT JUDGE