**Greg Morgan**
**920 Foxon Road  #466**
**East Haven, CT 04513**
**Telephone: (203) 671-3858**
**Fax: (661) 952-1902**
**Email: greg@morganclan.mobi**
**Pro Se**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG MORGAN,** | **Case No.:** 1-07-cv-01748 (RMU) |
| **Plaintiff,** | **PLAINTIFFS' STATEMENT OF GENUINE ISSUES SUPPORTING HIS ALTERNATIVE ARGUMENT AND SECOND ALTERNATIVE ARGUMENT TO HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **FEDERAL AVIATION ADMINISTRATION, et al.,** | |
| **Defendants.** | |

**PLAINTIFFS' STATEMENT OF GENUINE ISSUES SUPPORTING HIS ALTERNATIVE ARGUMENT AND SECOND ALTERNATIVE ARGUMENT TO HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Defendants have filed a Motion in this Court alleging, *inter aliia*, that that the named party to this action, Federal Aviation Administration and Susan Marmet is the same as the "U. S. Department of Transporation" and/or the U. S. Department of Transportation, they are not.

1

1    Defendants also allege in their Motion, based upon a decision from the United States Court

2    of Appeals for the Federal Circuit, that the matter in this law suit is res judicata or collateral

3    estoppel, it is not.

4    Defendants also allege in their Motion that the United States Court of Appeals for the

5    Federal Circuit, "made factual findings", they did not.

6    Defendants also allege in their Motion, based upon a decision from the United States Court

7    of Appeals for the Federal Circuit, that the facts are the same as in this law suit, they are not.

8    Defendants also allege in their Motion that Marmet was acting in the course and scope of

9    her employment with respect to count three, she was not.

10    ///

11    ///

12    Dated: May 15, 2009

13                                              Respectfully submitted,

14                                              By: _____

15                                                   s/Greg Morgan
                                                     Pro Se

16

17

18

19

20

21

22

23

24

25