Greg Morgan
920 Foxon Road #466
East Haven, CT 04513
Telephone: (203) 671-3858
Fax: (661) 952-1902
Email: greg@morganclan.mobi
Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG MORGAN,**<br><br>  **Plaintiff,**<br><br>   v.<br><br>**FEDERAL AVIATION ADMINISTRATION, et al.,**<br><br>  **Defendants.** | **Case No.:** 1-07-cv-01748 (RMU)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

ON THIS DAY came on to be considered the motion of Defendants, for an Order granting dismissal or in the alternative summary judgment and the Court having considered the same and being fully advised, accordingly denies such motion; and

It is accordingly ORDERED, ADJUDGED AND DECREED that DEFENDANT'S "MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT" is DENIED.

Dated: _____     By: _____
                                  Ricardo M. Urbina,
                                  United States District Judge