UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREG A. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07- 01748 (RMU) |
| ) | |
| U.S. DEPARTMENT OF TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

DEFENDANT'S CONSENT MOTION TO EXTEND TIME

Defendant, U.S. Department of Transportation, moves this Court for an extension of time to June 5, 2009, to respond to Plaintiff's Opposition to Defendant's Motion to Dismiss or for Summary Judgment filed on May 15, 2009.  Defendant's reply, should the Court grant Plaintiff's third motion to extend, nunc pro tunc, would be due on May 25, 2009, without this requested extension of time.[1]

Undersigned counsel primarily assigned to this case has consulted with Plaintiff who indicates that he has no objection to this motion.

The grounds for this motion are as follow:  On February 9, 2009, Defendant filed a Motion to Dismiss or for Summary Judgment, arguing the defenses of res judicata and collateral estoppel based on the November 24, 2008, decision of the United States Court of Appeals for the Federal Circuit in Morgan v. Department of Transportation, Docket No. 2007-3201, 2008 WL 5000276, *slip op.* (filed with Defendant's dispositive motion).[2]  On February 19, 2009, and March 18, 2009,

---

[1] During consultation with Plaintiff concerning this motion, Plaintiff indicated that he intended to file a third motion to extend the due date for his opposition as it was filed outside of the thirty days granted by this Court.  See Minute Order of March 19, 2009.

[2] Although Defendant's original answer did not include the defenses of res judicata and collateral estoppel, after the Federal Circuit's decision, and Plaintiff's protests, Defendant moved to amend its answer.  That motion is fully briefed and awaits decision by this Court.  See Docket Entries ## 12, 13, 14 & 17.

Plaintiff requested extensions of time to respond to Defendant's dispositive motion. The Court granted Plaintiff a thirty-day extension on March 19, 2009. On May 15, 2009, Plaintiff filed his opposition. This opposition was approximately 30 days late. Because Plaintiff's filing was late, he has notified Defendant's counsel that he intends to request a third extension of time. Undersigned counsel has indicated to Plaintiff that Defendant presently takes no position on his expected third extension.

In addition, after an initial review of Plaintiff's opposition, Defendant is unclear as to the significance of some of Plaintiff's arguments. However, because Plaintiff's filing is lengthy (34 pages, with 56 pages of exhibits), and because he intends to seek permission to file it out of time, Defendant requests an extension of time to file its reply. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137