UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG A. MORGAN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF TRANSPORTATION,** )<br>)<br>**Defendant.** )<br>_____ ) | **C. A. No. 07- 01748 (RMU)** |

ORDER

Upon consideration of Defendant's consent motion to extend time, and for good cause shown, it is this _____ day of _____,

ORDERED, that said motion is granted. Defendant shall have to and including June 5, 2009, to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, In the Alternative, for Summary Judgment, should Plaintiff's Third Motion to Extend be granted, nunc pro tunc.

_____
UNITED STATES DISTRICT JUDGE

GREG MORGAN, *pro se*
(by ECF filing and to:
2010 W. Ave K #427
Lancaster, CA 93536)

CLAIRE WHITAKER
(by ECF filing)