IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG MORGAN,**<br><br>                **Plaintiff,**<br><br>        v.<br><br>**FEDERAL AVIATION ADMINISTRATION, et al.,**<br><br>                **Defendants.** | **Case No.:** 1-07-cv-01748 (RMU)<br><br>**ORDER RE: ENLARGEMENT OF TIME, PLAINTIFF'S REPLY TO DEFENDANT'S MOTION FOR DISMISSAL/SUMMARY JUDGMENT IS SUBMITTED.** |

## ORDER RE: ENLARGEMENT OF TIME

Upon consideration of Plaintiff's Motion seeking an extension of time sufficient that his reply to Defendant's motion pursuant to Fed.R.Civ.P. 12(b)(6) is filed when submitted, the opposition and replies, thereto, it is accordingly ORDERED, ADJUDGED AND DECREED that Plaintiff 's Motion for enlargement of time replying to "DEPARTMENT OF" TRANSPORATION" motion pursuant to Fed.R.Civ.P. 12(b)(6) IS GRANTED.

Dated: _____          By: _____
                                                            Ricardo M. Urbina,
                                                            United States District Judge

CLAIRE WHITAKER

GREG MORGAN

1