# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG MORGAN,**<br><br>　　　　　**Plaintiff,**<br><br>　v.<br><br>**FEDERAL AVIATION ADMINISTRATION, et al.,**<br><br>　　　　　**Defendants.** | **Case No.:** 1-07-cv-01748 (RMU)<br><br>**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS.** |

Plaintiff in the above entitled action hereby serves notice of his change in address:

　　Greg Morgan
　　920 Foxon Road, #466
　　East Haven, CT 06513
　　Telephone: 203-671-3858
　　Fax: 661-952-1902
　　Email: greg@morganclan.mobi


Dated: May 26, 2009　　　　By: _____
　　　　　　　　　　　　　　　　　　/sGreg Morgan
　　　　　　　　　　　　　　　　　　Plaintiff

1