UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| GREG MORGAN, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-1748 (RMU) |
| | : | | |
| v. | : | Re Document No.: | 12 |
| | : | | |
| FEDERAL AVIATION ADMINISTRATION *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

**GRANTING THE DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED ANSWER**

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 25th day of August, 2009, it is hereby

**ORDERED** that the defendants' motion for leave to file an amended answer is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge