Greg Morgan
920 Foxon Road #466
East Haven, CT  06513
Telephone: (203) 671-3858
Fax: (661) 952-1902
Email: greg@morganclan.mobi
Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG MORGAN,** | **Case No.:** 07-1748 (RMU)) |
| **Plaintiff,** | **PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |
| v. | |
| **FEDERAL AVIATION ADMINISTRATION, et al.,** | |
| **Defendants.** | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

This motion is based on Fed.R.Civ.P. 15(a)(2) and the fact that Defendants pursued a motion to amend their answer (granted 08/25/09) now claiming pursuant to Fed.R.Civ.P. Rule 8(c) that this action is barred by res judicata or collateral estoppel. Plaintiff, pursuant to Fed.R.Civ.P. 15(a)(2) requests "the court's leave" to file an amended complaint.  As the Court found in its MEMORANDUM OPINION, Granting the Defendants' Motion for Leave to File an Amended Answer, "the defendants could have included the affirmative defenses in their answer" based upon a prior MSPB action.

Defendants in failing to raise the defenses of res judicata or collateral estoppel at the proper time, substantially prejudiced Plaintiff not only by the lengthy delay, but failed to raise them at a

time meaningful to Plaintiff. Defendants delay occurred over the entire period Plaintiff was standing before the Federal Circuit. Had defendants timely raised their defenses, this Court no doubt could have determined the issue perhaps giving Plaintiff notice and opportunity to respond appropriately in the Federal Circuit. For this reason and other reasons, Plaintiff respectfully moves this Court to permit the amendment of the Complaint pursuant to a memorandum in support of this motion and proposed Order filed herewith. Additionally, the proposed Amended Complaint is lodged as an attachment to this motion. See Exhibit 1.

///

///

Dated: September 3, 2009

Respectfully submitted,

By: __/s/_____

s/Greg Morgan
Pro Se