**CHANGE**

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

3930.3A CHG 1

﹨VED
1 8 1997
_10-AT

12/30/96

SUBJ: AIR TRAFFIC CONTROL SPECIALIST HEALTH PROGRAM

1. **PURPOSE.** This change transmits revised pages to Chapter 3, Medical Examinations, and to Appendix 1, Medical Qualification Standards, Retention Requirements.

2. **EXPLANATION OF CHANGES.** This change establishes new medical examination frequency requirements based on the age and the work assignment of an air traffic control specialist. No other changes to the order have been made at this time. The visual requirements shown in Appendix 1 of this order were changed by Office of Personnel Management's letter in 1984 and were published in the X-118 Handbook of Occupational Series in 1988 and are currently being used for ATCS's.

3. **DISPOSITION OF TRANSMITTAL.** After filing the revised page, the change transmittal should be retained.

PAGE CONTROL CHART

| Remove Pages | Dated | Insert Pages | Dated |
|---|---|---|---|
| 15 and 16 | 5/9/80 | 15 | 12/30/96 |
|  |  | 16 | 5/9/80 |
| Appendix 1 |  | Appendix 1 |  |
| 5 and 6 | 5/9/80 | 5 | 12/30/96 |
|  |  | 6 | 5/9/80 |

*/s/ Linda Hall Daschle*
Linda Hall Daschle
Acting Administrator

Distribution: A-W(AM/BU/GC/LR/PN/HT/TZ/TR)-3;
A-X(AM/AT/BU/HR/GC)-3;
A-Y(AY)-3; A-Z(AM)-3; A-FAT-O(MAX)

Initiated By:   AAM-200

Case 1:07-cv-01748-RMU   Document 26-2   Filed 09/03/09   Page 2 of 15

## FOREWORD

The people who run the National Airspace System are the most vital element of it.

Their health is important to morale, efficiency, economy, and most of all to safety.

This order sets out new program standards and procedures for choosing air traffic control specialists and, most importantly, helping them to remain fit and on the job.

This order means that no one with health problems need be afraid to seek help.

The purpose of the FAA's Air Traffic Controller Specialist (ATCS) Health Program is to help every controller stay in good health, to maximize the productive working life of ATCSs, and to maintain a safe and efficient air traffic system.

Langhorne Bond
Administrator

EXHIBIT NINE AT PAGE 2

5/9/80                                                                                                        3930.3A

## TABLE OF CONTENTS

CHAPTER 1. GENERAL                                                 Page No.

1. Purpose     1
2. Distribution     1
3. Cancellation     1
4. Explanation of Changes     1
5. Definitions     1
6. Policy     3
7. Scope     3
8. Aviation Medical Responsibilities     4
9. Air Traffic Responsibilities     6
10. Personnel Management Responsibilities     7
11. Changes to this Directive     7
12.-19. RESERVED.     7

CHAPTER 2. MEDICAL STANDARDS     11
    11
20. General     11
21. Initial Hire     11
22. Retention     11
23. Special Consideration     11
24.-29. RESERVED.     11

CHAPTER 3. MEDICAL EXAMINATIONS

30. Scope     15
31. Location     15
32. Scheduling     15
33. Aviation Medical Examiner     15
34. Referral Examinations     16
35. Arrangements for Professional Services     16
36. Release of Medical Information     16
37. Funding     17
38. Reports of Medical Status and Results of Examination     17
39. RESERVED.     17

CHAPTER 4. INITIAL HIRE     19
    19
40. General     19
41. Psychological Testing     19
42. Supplemental Medical Information     19
43. Medical Determination and Notification     19

EXHIBIT NINE AT PAGE 3

|  | Page No. |
|---|---|
| 44. Reconsideration | 19 |
| 45. Review | 20 |
| 46.-49. RESERVED. | 20 |

CHAPTER 5. RETENTION

SECTION 1. PERIODIC REQUALIFICATION
| 50. General | 23 |
| 51. Medical Evaluation Procedures | 23 |
| 52. Medical Review Procedures | 24 |

SECTION 2. INTERVAL MEDICAL PROBLEMS
| 53. Identification | 25 |
| 54. Medical Status Determination | 25 |
| 55. Work Status Determination | 25 |
| 56. Periodic Reevaluation | 26 |
| 57. Incapacitation | 26 |
| 58.-59. RESERVED. | 26 |

SECTION 3. ADMINISTRATIVE REVIEW
| 60. Employment Status Review and Determination | 27 |
| 61.-69. RESERVED. | 27 |

CHAPTER 6. PROGRAM EVALUATION

| 70. Federal Air Surgeon | 31 |
| 71. Director, Air Traffic Service | 31 |
| 72.-79. RESERVED. | 31 |

| APPENDIX 1. MEDICAL QUALIFICATION STANDARDS (10 pages) | 1 |

5/9/80                                                                                                      3930.3A

## CHAPTER 1. GENERAL

1. **PURPOSE.** This order prescribes policy, methods, and procedures for the administration of the Federal Aviation Administration (FAA) Air Traffic Control Specialist (ATCS) Health Program and, by Appendix 1, Medical Qualification Standards, transmits the Office of Personnel Management (OPM) medical standards for Air Traffic Control Specialists.

2. **DISTRIBUTION.** This order is distributed to the branch level in the Offices of Aviation Medicine, Budget, Chief Counsel, Labor Relations, and Personnel and Training, and the Air Traffic Service; to the branch level in the regional Aviation Medical, Air Traffic, Budget, and Personnel Management Divisions, and to the Regional Counsels; to the division level at the Civil Aeromedical Institute, and the FAA Academy at the Aeronautical Center; to division level in the Medical Staff at NAFEC; and a maximum distribution and to all Air Traffic field offices and facilities.

3. **CANCELLATION.** Order 3930.3, Air Traffic Control Specialist Health Program, dated May 3, 1977, is cancelled.

4. **EXPLANATION OF CHANGES.** Specific responsibilities are assigned to the aviation medical, air traffic, and personnel management organizational elements.

5. **DEFINITIONS.**

    a. Regional Flight Surgeon - chiefs of the 11 regional aviation medical divisions herein referred to as Flight Surgeon except when denoting review and action as division chief.

    b. Flight Surgeon - Assistant Regional Flight Surgeons in regional offices and in ARTCC medical offices; medical officers in the Aeromedical Clinical Branch (AAC-160); and medical officers in the Clinical Specialties Division (AAM-700) and the NAFEC Medical Staff (ANA-6).

    c. Medical Examination - any and all examinations performed under the ATCS Health Program.

    d. Required Examination - any and all examinations required at any time to determine that medical standards are met and/or that an ATCS is medically cleared to operate an ATCS position.

    e. Periodic Examination - a required basic medical examination performed at scheduled frequency to determine whether medical standards are met.

EXHIBIT NINE AT PAGE 5

f. Referral Examination - examination authorized by a Flight Surgeon to be performed by an FAA-appointed consultant physician or other well-qualified specialist to provide additional medical information.

g. Aviation Medical Examiner (AME) - a private physician designated by the FAA, and specifically authorized to perform ATCS Health Program examinations.

h. Applicant - any individual who is a candidate for initial employment into an ATCS position.

i. Qualified - a medical determination that the established medical standards are met in full.

j. Qualified with Special Consideration - a medical determination that the established medical standards are not fully met; however, the Flight Surgeon and Air Traffic determine that the ATCS may engage in air traffic control duties without compromising safety.

k. Disqualified - a medical determination that the established medical standards are not met, and Special Consideration is not granted.

l. Incapacitation - a medical condition of short term (12 months or less), or indefinite duration (more than 12 months) because of which an ATCS is incapable of performing normal air traffic control duties whether or not medical standards are met.

m. Medical Restriction - an administrative decision, based on medical advice to remove an ATCS from air traffic control duties, and to place on leave status or assign to noncontrol duties.

n. Interval Medical Problem - a question regarding an ATCS's medical condition which is identified at any time not in connection with the periodic examination.

o. Medical Status Determination - medical determination of Flight Surgeon, in consultation with air traffic management, regarding medical status of an ATCS as it affects ATCS operations.

p. Medical Status - one of the following: full duty, medical restriction; medical disqualification; incapacitated.

q. Employment Status Determination - an air traffic management decision regarding the operational suitability and feasibility of employee retention in the Air Traffic Control System.

r. Reinstatement Candidate - any former ATCS seeking reemployment into an operational ATCS position.

EXHIBIT NINE AT PAGE 6

5/9/80                                                                 3930.3A

6. POLICY. It is in the interest of the agency to develop and maintain the best possible Air Traffic Control Specialist Workforce. This goal requires the development and operation of a health program that will ensure optimal selection of ATCSs and promote retention of experienced employees in the system without compromising air safety. It is the policy of the agency to apply medical standards and medical state-of-the-art technology concurrent with effective management to achieve these objectives. When an ATCS experiences health problems, it is agency policy to utilize the employee in the performance of productive air traffic work as long as safety is not affected.

7. SCOPE. This order:

   a. Applies to:

      (1) Applicants for employment, reinstatement and reassignment to, and incumbents of, ATCS positions in FAA towers, centers, and flight service stations which perform flight assistance services, including cooperative education employees.

      (2) Immediate supervisors of ATCSs engaged in air traffic control.

      (3) Employees in supervisory or staff air traffic positions who are required, however infrequently, to operate a control position.

      (4) ATCSs having return rights.

      (5) Employees in any position who are required by Air Traffic management to maintain current medical clearance for ATCS duties.

   b. Provides guidance for:

      (1) Aviation medical officials who shall apply medical standards, make medical determinations, and make recommendations to air traffic management officials.

      (2) Air traffic and personnel management officials who must make administrative decisions based on medical recommendations.

      (3) Aviation Medical Examiners (AMEs), other selected physicians and consultant physicians who are authorized to perform ATCS medical examinations.

EXHIBIT NINE AT PAGE 7

8. **AVIATION MEDICAL RESPONSIBILITIES.**

   a. The Federal Air Surgeon shall:

   (1) Develop and recommend policy for the medical administration of the program.

   (2) Develop and recommend revision to medical standards.

   (3) Provide medical advice to regions.

   (4) Evaluate the effectiveness of the program.

   (5) Coordinate with the Director, Air Traffic Service, and the Director of Personnel and Training, appropriate aspects of program administration.

   (6) Evaluate results of ATCS applicant psychological screening.

   (7) Establish and manage a system for collection of medical information on the ATCS workforce, and provide statistical summaries and reports to assist FAA officials in making management decisions.

   (8) Act on requests for review of medical disqualification.

   b. Regional Flight Surgeons shall:

   (1) Act upon requests for reconsideration of medical determinations of disqualification.

   (2) Coordinate with the Chief, Air Traffic Division to make or review determinations of special consideration.

   (3) Review all medical disqualifications.

   (4) Provide medical advice to air traffic management officials to consider in determining employment status of disqualified and incapacitated ATCSs.

   (5) Provide guidance to Flight Surgeons engaged in local administration of ATCS Health Program.

   c. Flight Surgeons shall:

   (1) Arrange for and/or conduct ATCS medical examinations.

   (2) Obtain and evaluate all pertinent medical information.

   (3) Specify and authorize referral and followup examinations.

     (4) Determine if examinees meet the applicable medical qualification standards with consideration of the functional and operational requirements of the position to which an examined ATCS is assigned.

     (5) Notify, according to established procedures, appropriate air traffic facility and/or personnel management officials of medical determinations.

     (6) Coordinate with the facility chief to make determination of special consideration.

     (7) Select and monitor the performance of designated AMES or other selected physicians.

     (8) Coordinate with air traffic and/or personnel management officials to facilitate administrative action based upon, or affecting, the medical status of ATCSs.

     (9) Provide health maintenance advice to ATCSs in the interest of preserving career longevity.

  d. <u>AME and consultant physicians</u> shall conduct all medical examinations in accordance with this order.

9.  AIR TRAFFIC RESPONSIBILITIES.

  a. <u>Director, Air Traffic Service</u> shall:

     (1) Develop and recommend policy and procedures for the operational administration of the program.

     (2) Act upon requests for retention of medically disqualified ATCSs.

     (3) Evaluate the effectiveness of the program.

     (4) Coordinate with the Federal Air Surgeon and Director of Personnel and Training on appropriate aspects of program administration.

  b. <u>Chief, Air Traffic Division shall:</u>

     (1) Coordinate with the Regional Flight Surgeon to make or review determinations of Special Consideration.

     (2) Determine the employment status of disqualified and incapacitated ATCSs.

EXHIBIT NINE AT PAGE 9

3930.3A                                                                  5/9/80

       (3) Recommend retention to Director, Air Traffic Service of ATCSs after determining suitability and feasibility of retention of individual ATCS in the air traffic control system.

   c. **Facility management officials** shall:

       (1) Ensure that all ATCSs are fully advised of the details and overall objectives of the program.

       (2) Receive, discuss, and act upon determinations of Flight Surgeons to facilitate administrative management of ATCSs when a medical action affects operational status.

       (3) Consult with Flight Surgeon when the medical status of an ATCS is questioned or appears to interfere with safe and effective air traffic control.

       (4) Participate with medical officials to arrange for outside medical examination when an agency medical facility is not available or cannot provide the service.

       (5) Schedule ATCSs for periodic exams and ensure that a medical determination is received.

       (6) Participate with the medical official when required, in obtaining additional medical information or special medical evaluation.

   d. **ATCSs shall**:

       (1) Report for medical examinations as scheduled by the agency.

       (2) Inform facility management and/or the Flight Surgeon of any health problems and results of medical examinations occurring between periodic exams.

       (3) Authorize access to or submit medical information obtained outside of the agency which may be required in determining current medical status.

5/9/80 3930.3A

10. PERSONNEL MANAGEMENT RESPONSIBILITIES.

   a. Director of Personnel and Training shall:

   (1) Provide guidance to management on informing and counseling employees about the nature of, and eligibility for, employee benefits.

   (2) Develop policy and procedures for assuring placement consideration.

   (3) Evaluate the effectiveness of the employee benefits information and counseling program and the placement consideration program.

   (4) Coordinate with the Director, Air Traffic Service, and the Federal Air Surgeon on appropriate aspects of total program administration.

   b. Chief, (Servicing) Personnel Management Division shall:

   (1) Provide advice and guidance to local management officials and employees regarding agency placement opportunities, employee benefits, and procedures for processing personnel/administrative actions.

   (2) Assure, in concert with other management officials, that employees are informed and counseled about their rights and benefits.

   (3) Determine eligibility, as necessary, for various actions initiated by management officials and/or employees.

   (4) Assist and prepare or process, on a timely basis, actions initiated by management officials and/or employees.

   (5) Schedule applicant for required initial entry medical exams.

11. CHANGES TO THIS DIRECTIVE. The Administrator approves changes in policy, delegations of authority, and assignment of responsibility. The Federal Air Surgeon approves changes in the medical aspects of the administration of the program. The Director, Air Traffic Service, approves changes in the administration of the program as it applies to utilization of ATCS personnel. Proposed changes shall be coordinated with appropriate offices and services.

12.-19. RESERVED.

EXHIBIT NINE AT PAGE 11

## CHAPTER 2. MEDICAL STANDARDS

20. **GENERAL.** Medical standards for ATCSs are promulgated in the Physical Requirements portion of Office of Personnel Management Qualification Standards for Air Traffic Control, Series 2152 (see appendix 1). These standards are applied according to functional and operational responsibilities of examined ATCSs, and based on ATCS specialization.

21. **INITIAL HIRE.** Separate and distinct medical standards are established for applicants for initial hire in the FAA air traffic system. The initial hire medical standards will continue to apply to all ATCS while within the one year probationary period.

22. **RETENTION.** Retention standards shall be applied to incumbent ATCSs outside of the one-year probationary period at the time of a periodic examination or at other select times when a medical problem is detected, and to former ATCSs who are considered for reinstatement to an ATCS position.

23. **SPECIAL CONSIDERATION.**

    a. **Facility level.** The Flight Surgeon, in coordination with the facility chief, may grant special consideration for an ATCS to work at that facility, provided the medical condition is expected to be remedied within thirty calendar days.

    b. **Division level.** The Regional Flight Surgeon, in coordination with the Chief, Air Traffic Division, may grant special consideration provided the ATCS can perform all required control duties.

    c. **Headquarters level.** The Federal Air Surgeon, in coordination with the Director, Air Traffic Service, may grant special consideration as he deems appropriate.

24.-29. **RESERVED.**


EXHIBIT NINE AT PAGE 12

12/30/96                                                3930.3A CHG 1

## CHAPTER 3. MEDICAL EXAMINATIONS

30. SCOPE. The scope and content of the basic medical examination and instructions for performing the examination and for completing the report of examination will be in accordance with general guidance by the Federal Air Surgeon.

> NOTE: The examination of ATCS who requests an airman medical certificate must be expanded to the scope required to determine eligibility under FAR 67.

31. LOCATION. Required examinations shall be performed at FAA medical offices. When full capability does not exist within an FAA facility, the Flight Surgeon shall arrange and authorize other specific sources for completion of the examinations.

32. SCHEDULING.

    a. Applicants for initial hire as an ATCS shall be scheduled by or at the request of the Personnel Management Division for medical examination only after they have completed the comprehensive psychological test battery, and, where practicable, have been found fully qualified.

    b. Applicants for reinstatement shall be scheduled for the medical examination upon request of personnel management officials.

\*    c. Employee ATCS's shall be scheduled by Facility Managers for birth-month medical examinations while on duty time. The periodicity of medical clearance examinations is age- and option-related as specified by the following:

| AGE | TERMINAL/CENTER | FLIGHT SERVICE |
|---|---|---|
| Age 39 and below | 2 Years | 3 Years |
| Age 40 and over | 1 Year | 2 Years |

> NOTE: This change to Order 3930.3A reduces the frequency of routine, periodic, agency-required medical examinations. In accordance with article 66, section 2, of the 1993 National Air Traffic Controllers Association (NATCA)/Federal Aviation Administration agreement, however, an annual medical examination remains available to all terminal/center ATCS's. For purposes of this order, terminal/center ATCS's covered under that agreement, who are age 39 or younger, must receive biennial medical examinations during their birth month. Upon their request, they may receive similar examinations during the birth month of the intervening year. Any findings of optional examinations will be considered by the FAA in the same manner as are the findings of the required biennial examinations. \*

EXHIBIT NINE AT PAGE 13

    d. **Cooperative education (co-op) employees** shall be scheduled for the initial examination as soon as possible, but not later than the first work session, after selection. Unless a co-op employee also requires an airman medical (pilot) examination or a significant medical problem arises, no examination will be conducted until time for conversion to full-time permanent employment, at which time the initial hire standards shall be applied.

33. **AVIATION MEDICAL EXAMINER (AME)**. Flight Surgeons shall authorize AMEs to perform required ATCS medical examinations. Reports of examination shall be sent promptly by the AME to the authorizing Flight Surgeon for review.

34. **REFERRAL EXAMINATIONS**.

    a. **Use of Specialists**. The Federal Aviation Administration-appointed consultant physicians or other specialists shall be utilized whenever required for a medical evaluation.

    b. **Authority**. The Flight Surgeon shall authorize referral examinations as indicated. The Federal Air Surgeon also may authorize referral examinations as a result of evaluation of psychological screening batteries or after review of problem cases.

    c. **Reports**. Reports of referral examinations shall be sent to the authorizing Flight Surgeon, who shall review them and place them in the ATCSs medical files. Cases for which referral examinations have been obtained shall be reported to the Office of Aviation Medicine as required (RIS: AM 9000-9).

35. **ARRANGEMENTS FOR PROFESSIONAL SERVICES**.

    a. **Aviation Medical Examiners and Consultant Physicians and other selected Physicians**. Authorization for medical examination should be made utilizing FAA Form 3930-3, Medical Examination Authority.

    b. **Other Federal Agencies**. The Office of Aviation Medicine maintains interagency agreements for procurement of supporting services to FAA in this program.

    c. **Costs**. Reimbursement to an AME shall not exceed the amount normally charged for an equivalent examination performed by other physicians in the area. Reimbursement shall not be made to any other physician providing services arranged by the AME, unless the services are authorized by a Flight Surgeon.

36. **RELEASE OF MEDICAL INFORMATION**. Medical information obtained in the course of any medical examinations or evaluations performed on ATCSs shall be released only in accordance with the Privacy Act, Freedom of Information Act and the Federal Personnel Manual, Chapter 339, 1-4, and Chapter 294, subchapters 4 and 7.

EXHIBIT NINE AT PAGE 14

5/9/80                                                                  3930.3A

37. **FUNDING.**

    a. The ATCS Health Program is funded by the FAA aviation medical program.

    b. No expense shall be borne by ATCS applicants and ATCS employees for required medical examinations. Individual ATCSs must assume the expense of any self-initiated examinations to support review actions. Costs of refraction or lenses, of other appliances, or any treatment required to meet the medical standards shall be borne by the employee or applicant.

    c. ATCS applicants (including FAA employees) shall bear the expense for transportation in connection with required medical examination. Incumbent ATCSs shall be reimbursed in accordance with regional procedures for transportation expense in connection with required and authorized referral examinations.

38. **REPORTS OF MEDICAL STATUS AND RESULTS OF EXAMINATION.** Flight Surgeons and AME's shall report the medical status determinations and the results of required examinations on FAA Form 8500-8, Application for Airman Medical Certificate or Airman Medical and Student Pilot Certificate.

39. **RESERVED.**

EXHIBIT NINE AT PAGE 15