Case 1:07-cv-01748-RMU   Document 26-3   Filed 09/03/09   Page 1 of 18

CHAPTER 4.   INITIAL HIRE

40.  GENERAL.  The medical standards for initial employment prescribed under the Physical Requirements section of the Office of Personnel Management (OPM) Qualification Standards for the Air Traffic Control Series 2152 shall be applied to all applicants for initial ATCS employment.

41.  PSYCHOLOGICAL TESTING.  A comprehensive psychological test battery shall be administered to all ATCS applicants at the time of their preemployment interview or during the interval between the interview and the medical examination.  The administration of this test battery shall be the responsibility of local facility chiefs; test materials shall be provided by the Flight Surgeons.  Completed answer sheets shall be sealed by the applicant, and transmitted by the facility to the Federal Air Surgeon:  Attention AAM-500.  TEST RESULTS SHALL NOT BE THE SOLE BASIS FOR REJECTION OF AN ATCS APPLICANT.  Personnel who conduct this testing shall instruct applicants to refrain from discussing the content of tests with other applicants.

42.  SUPPLEMENTAL MEDICAL INFORMATION.  The Flight Surgeon shall obtain and evaluate applicable military and Veterans Administration medical records through established regional procedures.  If military medical records are not received within 120 days following request, the Flight Surgeon may grant conditional medical clearance pending receipt and review of the additional medical information.

43.  MEDICAL DETERMINATION AND NOTIFICATION.

a.  Qualification.  The Flight Surgeon shall notify personnel management officials when an applicant is determined to be medically qualified for ATCS employment.  Personnel management officials shall complete the hiring process and notify the applicant.

b.  Disqualification.  The Flight Surgeon shall notify personnel management officials when an ATCS applicant is determined to be medically disqualified.

44.  RECONSIDERATION.  A medically disqualified ATCS applicant may request reconsideration by the Regional Flight Surgeon.  If the Regional Flight Surgeon sustains the disqualification, he/she shall notify air traffic and personnel management officials.  If the disqualification is overturned, the Regional Flight Surgeon shall notify air traffic and personnel management officials. The Regional Flight Surgeon also shall notify personnel management as soon as a request for reconsideration is received for action, so that the disqualification notification process can be deferred pending a decision.

EXHIBIT NINE AT PAGE 16

3930.3A                                                5/9/80

45.  REVIEW.  An ATCS applicant who remains disqualified after the
Regional Flight Surgeon's reconsideration may request review by the
Federal Air Surgeon, and may provide additional medical information at
his or her own expense.  The Federal Air Surgeon's decision is the final
agency medical determination, and the case shall be referred back to
division level for appropriate administrative review and action.

46.-49.  RESERVED.

EXHIBIT NINE AT PAGE 17

CHAPTER 5.   RETENTION

SECTION 1.   PERIODIC REQUALIFICATION

50.  GENERAL.  The medical standards for retention shall be applied
at the time of periodic examination, with concomitant consideration
of the functional and operation responsibilities of an ATCS's air
traffic control position.  Medical standards for retention shall be
applied in reinstatement examinations.

51.  MEDICAL EVALUATION PROCEDURES.  When a periodic examination has
been completed; the Flight Surgeon shall compare the finding to the
medical retention standards.

   a.  If the ATCS meets retention standards, the Flight Surgeon shall
notify the Personnel Management Division (PMD) and facility management
that the ATCS is medically qualified for retention.

   b.  If the ATCS does not meet retention standards a special
consideration may be granted in accordance with paragraph 23.  If a
special consideration is not practicable an employment status review and
determination must be made.  If the medical condition is diagnosed to be
remedied within thirty calendar days, the employment status determination
may be made by facility management, all other cases must be determined
in accordance with paragraph 60.  In all cases the personnel management
division will be advised of the ATCS's status and all determinations.

   c.  If the ATCS does not meet the retention standards the Flight
Surgeon may carry out further medical evaluation including medical tests
and laboratory determinations, and medical specialty evaluations by
selected physicians or other medical specialists.  The Flight Surgeon
normally will not determine that an ATCS does not meet medical retention
standards solely on the basis of information provided by the ATCSs own
physicians.

   d.  Following further evaluation, the Flight Surgeon shall compare
the results to the standards.

      (1)  If the ATCS meets medical standards, the Flight Surgeon
shall notify the Personnel Management Division and facility management
that the ATCS is medically qualified for retention.

      (2)  If, after further evaluation, the ATCS still does not
meet retention standards, proceed as in paragraph 51b.

EXHIBIT NINE AT PAGE 18

3930.3A                                                   5/9/80

52. MEDICAL REVIEW PROCEDURES.

    a. The Regional Flight Surgeon shall review the medical record of each medically disqualified ATCS to verify that:

        (1) The medical condition is governed by the medical standards.

        (2) Where appropriate, medical evaluation has been carried out for the agency.

        (3) The objective medical findings support the diagnosis.

        (4) The medical evaluation is complete enough to support determinations about qualification status and the granting of special consideration.

        (5) The condition is not remediable or remediable within a reasonable length of time.

        (6) The Flight Surgeon has conferred with facility management to consider retaining the ATCS in the workforce before reaching a determination.

    b. During the review, the Regional Flight Surgeon shall confer with the Air Traffic Division and the Personnel Management Division, to insure that full consideration has been given to retaining the ATCS.

    c. Following this review, the Regional Flight Surgeon shall:

        (1) Sustain the decision if he finds satisfactory compliance with the review criteria.

        (2) in coordination with the Air Traffic Division Chief, grant special consideration when they determine that a disqualified ATCS should be retained.

        (3) Reverse the determination when he determines that it is incorrect.

        (4) Request additional information or medical evaluation when he determines the need.

    d. The Regional Flight Surgeon shall notify the Personnel Management Division, Air Traffic Division, the involved facility chief, and the ATCS of the determination.

    e. The Personnel Management Division shall contact the ATCS within one week after notification of the disqualification to provide additional information, outline benefits and procedures relating to retirement, placement procedures and other appropriate information.

Chap 5
Par 52

EXHIBIT NINE AT PAGE 19

Case 1:07-cv-01748-RMU   Document 26-3   Filed 09/03/09   Page 5 of 18

f.  Within 15 days from receipt of notification of disqualification, an ATCS may request review by the Federal Air Surgeon.

g.  The Federal Air Surgeon shall review the medical record of a medically disqualified ATCSs to verify that:

    (1)  The appropriate procedures have been followed.

    (2)  No additional information is needed.

    (3)  There are no other factors which must be taken into account.

h.  Following this review, the Federal Air Surgeon shall:

    (1)  Sustain the decision if he finds satisfactory compliance with the review criteria.

    (2)  Rescind the medical determination if he determines that it is incorrect.

    (3)  Request the Regional Flight Surgeon provide additional information.

i.  The decision of the Federal Air Surgeon on the appeal shall be the final agency medical determination.

j.  If the ATCS remains disqualified, the case shall be referred for administrative review as described in paragraph 60.

### SECTION 2. INTERVAL MEDICAL PROBLEMS

53.  IDENTIFICATION.  A medical problem or condition of an ATCS may arise at any time not in connection with the required periodic examination. A problem may be identified by the ATCS or by facility management.

54.  MEDICAL STATUS DETERMINATION.  The Flight Surgeon shall examine the ATCS or evaluate medical information provided and make a medical determination of the medical status of the ATCS.  If the medical condition warrants, the Flight Surgeon may authorize referral examinations for evaluation, and compare all medical findings with established medical standards.

55.  WORK STATUS DETERMINATION.  The air traffic facility management shall assign ATCSs placed in restricted or incapacitated status to leave or administrative duties.  An ATCS who fails to meet standards will be considered as if he/she had failed to meet standards in a periodic evaluation (see paragraph 51).  Cases of ATCSs who are determined to be incapacitated, or the period of recovery will or is anticipated to exceed 30 days, shall be forwarded to the region for review and action (see paragraph 60).

EXHIBIT NINE AT PAGE 20

3930.3A                                                      5/9/80

56.  PERIODIC RE-EVALUATION.  ATCSs placed on restriction will be
medically reviewed or reevaluated within a period not to exceed every 30
calendar days.  If it is determined that the ATCS is recovered, restrictions
will be removed and the ATCS returned to duty.  ATCSs about whose condition
a final determination cannot yet be made may be left in restricted status.
If the determination is made that the ATCSs medical condition has become
indefinitely incapacitating, the case shall be forwarded to the region for
review and action (see paragraph 60).

57.  INCAPACITATION.  When there is a determination that an ATCS is
incapacitated, the case shall be forwarded to the region for review and
action (see paragraph 60).  When an ATCS meets the medical standards, but
is determined to be indefinitely incapacitated, the procedures outlined in
FPM Supplement 831-1, paragraph S10-10, as well as the procedures in this
order, shall be followed.

58.  RESERVED.

EXHIBIT NINE AT PAGE 21

5/9/80                                                     3930.3A

## SECTION 3.  ADMINISTRATIVE REVIEW

60.  **EMPLOYMENT STATUS REVIEW AND DETERMINATION.**  The employment status of
disqualified and/or indefinitely incapacitated employees who request place-
ment consideration will be reviewed by the Air Traffic Division to determine
the operational suitability and feasibility of retaining the employee in
the ATC system.  If the ATCS cannot perform control duties and:

   a.  The medical condition is temporary, the ATCS shall be placed
on administrative duties or leave by air traffic management.  The ATCS
shall be periodically reevaluated to determine the ATCS medical status.
This evaluation will include an application of standards if appropriate.
If it is determined that the medical condition has become permanent, the
provisions of paragraph 60b will apply.  If the ATCS has recovered (both
meet standards and is able to perform control functions) the ATCS shall be
reassigned to an available ATCS position.  If the ATCS is able to perform
control functions but does not meet standards, a special consideration
may be granted in accordance with paragraph 23b.

   b.  The medical condition is permanent, the Air Traffic Division
Chief, may effect reassignment to a staff position (ATCSs permanently
assigned to staff positions in some cases are no longer required to meet
medical standards).  If the ATCS is not reassigned to a staff position,
the ATCS shall be referred to the Personnel Management Division for placement
in other available positions or for other appropriate personnel actions.

61.-69.  RESERVED.



Chap 6
Par 60

EXHIBIT NINE AT PAGE 22

5/9/80                                                      3930.3A

## CHAPTER 6.  PROGRAM EVALUATION

70.  THE FEDERAL AIR SURGEON.  The Federal Air Surgeon shall periodically
conduct evaluations of the ATCS Health Program.  The Federal Air Surgeon
shall collect and maintain all records required to perform post audits
of all aspects of program operation with special attention to the granting
of Special Consideration and Medical Determinations of Disqualification.
The evaluation will insure equitable and consistent application of the
standards and use of Special Consideration consonant with aviation safety.

71.  THE DIRECTOR, AIR TRAFFIC SERVICE.  The Director, Air Traffic Service
shall maintain records required to evaluate the operational administration
of the program.  Areas reviewed shall include the relevance of medical
standards to the functional needs and safety requirements of the airspace
system and the utilization of physically impaired ATCS's.

72.-79.  RESERVED.

EXHIBIT NINE AT PAGE 23

5/9/80

3930.3A
Appendix 1

## APPENDIX 1.  MEDICAL QUALIFICATION STANDARDS

This appendix contains the Physical Requirements section of the Office of Personnel Management Qualification Standards for the Air Traffic Control Series, GS-2152:

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT AIR TRAFFIC CONTROL SERIES

1.  <u>INITIAL EMPLOYMENT</u>.

Applicants for initial appointment to air traffic control specialist positions must comply with the following requirements:

a.  <u>Eye</u>.

(1) The applicant must demonstrate:  Distant visual acuity of 20/20 in each eye separately, without correction, or distant visual acuity of 20/200 or better in each eye separately, with correction to 20/20 in each eye.  Glasses or contact lenses are permitted.

(2) The applicant must demonstrate:  Near visual acuity of v=.50 (or equivalent according to table of equivalent scale) or better in each eye separately without correction or near visual acuity of v=1.25 or better in each eye separately, with correction to v=.50 in each eye. Glasses or contact lenses are permitted.

(3) An applicant who must utilize both glasses and contact lenses to demonstrate acceptable near and distant vision is disqualified.

(4) The applicant must demonstrate normal color vision.

(5) The applicant must demonstrate normal central and peripheral fields of vision.

(6) If any medication is routinely required for control of intraocular tension, the applicant is disqualified.

(7) The applicant must demonstrate no hyperhoria or hypophia greater than one prism diopter.

(8) The applicant must demonstrate no esophoria greater than six prism diopters.

Page 1

EXHIBIT NINE AT PAGE 24

3930.3A                                                    5/9/80
Appendix 1

(9)  The applicant must demonstrate no exophoria greater than six prism diopters.

(10)  If examination, including tonometry, of either eye or adnexa reveals any form of glaucoma or cataract formation, uveitis, or any other acute or chronic pathological condition that would be likely to interfere with proper function or likely to progress to that degree, the applicant is disqualified.

(11)  An applicant under any form of treatment for any chronic disease of either eye is disqualified.

(12)  The applicant must demonstrate full range of motion of external ocular muscles.

b.  Ear, Nose, Throat, Mouth.

(1)  Examination must show no outer, middle, inner ear disease, either acute or chronic, unilateral or bilateral.

(2)  Examination must show no active disease or either mastoid.

(3)  Examination must show no unhealed perforation of either eardrum.

(4)  Examination must show no deformity of either outer ear that might intefere with the use of headphones of the applied or semi-inserted type.

(5)  Examination must show no disease or deformity of the hard palate, soft palate or tongue that interferes with enunciation.  The applicant must demonstrate clearly understandable speech, and an absence of stuttering or stammering.

(6)  The applicant must demonstrate, by audiometry, no hearing loss in either ear of more than 25 decibels in the 500, 1000, or 2000 HZ ranges and must demonstrate no hearing loss in these ranges of more than 20 decibels in the better ear using ISO (1964) or ANSI (1969) standards. Hearing loss in either ear of more than 40 decibels in the 4000 HZ range may necessitate an otological consultation.  Incipient disease processes which may lead to early hearing loss will be a cause for disqualification.

c.  Cardiovascular.

(1)  An applicant must have no medical history of any form of heart disease.  The applicant must demonstrate absence of any form of heart disease to clinical examination including resting and postexercise electrocardiogram.

(2)  An applicant must have blood pressure levels no greater than the appropriate values in the following table:

Page 2

EXHIBIT NINE AT PAGE 25

5/9/80

3930.3A
Appendix 1

| Age | Maximum Reclining Blood Pressure | |
|---|---|---|
| | Systolic | Diastolic |
| 20 to 29 | 140 | 90 |
| 30 to 39 | 150 | 90 |
| 40 to 49 | 150 | 100 |
| 50 and over | 160 | 100 |

(3) An applicant must demonstrate to X-ray no evidence of increase in heart size beyond normal limits.

(4) An applicant under any form of treatment for any disease of the cardiovascular system is disqualified.

d. Neurological.

(1) Applicant must have no medical history or clinical diagnosis of a convulsive disorder.

(2) Applicant must have no medical history or clinical diagnosis of a disturbance of consciousness without satisfactory medical explanation of the cause.

(3) Applicant must have no other disease of the nervous system that is found by the Federal Air Surgeon to constitute a hazard to safety in the Air Traffic Control System.

(4) An applicant under any form of treatment, including preventive treatment, of any disease of the nervous system, is disqualified.

e. Musculoskeletal.

(1) The applicant must have no deformity of spine or limbs of sufficient degree to interfere with the requirements of the position of employment being sought. Certain limitations of range of motion may be acceptable for certain specific options or positions, in which case acceptance for employment will be noted specifically for that position or option only. (Terminal, Center, Flight Service Station.)

(2) The applicant must have no absence of any extremity or digit or any portion thereof sufficient to interfere with the requirements for locomotion and manual dexerity of the position being sought. Acceptance of limitations for employment for a specific option or position will be noted for that option or position only.

(3) The applicant must have no condition which predisposes to fatigue or discomfort induced by long periods of standing or sitting.

EXHIBIT NINE AT PAGE 26

3930.3A                                                                      5/9/80
Appendix 1

f. <u>General Medical</u>.

    (1)  An applicant must have no medical history or clinical diagnosis
or diabetes mellitus.

    (2)  The applicant must possess such a body build as not to
interfere with sitting in an ordinary office armchair.

    (3)  The applicant must have no other organic, functional or
structural disease, defect or limitation found by the Federal Air Surgeon
to clinically indicate a potential hazard to safety in the Air Traffic
Control System.  A pertinent history and clinical evaluation, including
laboratory evaluations will be obtained and when clinically indicated,
special consultations or examinations will be accomplished.

g. <u>Psychiatric</u>.

    The applicant must have no established medical history or clinical
diagnosis of any of the following:

    (1)  A psychosis;

    (2)  A neurosis;

    (3)  Any personality disorder or mental disorder that the Federal
Air Surgeon determines clearly indicates a potential hazard to safety in
the Air Traffic Control System.  The determinations will be based on the
medical case history (including past social, and occupational adjustment)
supported by clinical psychologists and board certified psychiatrists,
including such psychological tests as may be required as a part of medical
evaluation as the Federal Air Surgeon may prescribe.

h. <u>Substance Dependency</u>.

    A history, review of all available records, clinical and laboratory
examination will be utilized to determine the presence or absence or
substance dependency, including alcohol, narcotic, and non-narcotic
drugs.  Wherever clinically indicated, the applicant must demonstrate an
absence of these on thorough psychiatric evaluation, including any clinical
or psychological tests required as part of the medical evaluation.

Page 4

EXHIBIT NINE AT PAGE 27

Case 1:07-cv-01748-RMU   Document 26-3   Filed 09/03/09   Page 13 of 18

RETENTION REQUIREMENTS

The physical requirements in this section apply to:

* (1)  Air traffic control specialists and immediate supervisors in the center and terminal options who are actively engaged in the separation and control of air traffic;

(2)  Air traffic control specialists and immediate supervisors in the flight service station (FSS) option, who are actively engaged in providing pre-flight, inflight, and airport advisory services.

Employees occupying the type of positions described above are required to requalify with a periodic medical examination given usually during the employee's month of birth.  Controllers incurring illness, injury, or incapacitation at any time between periodic          * medical examinations are required to be medically cleared before return to air traffic control duty.  Examinations including laboratory tests and consultations, will be accomplished to the extent required to determine medical clearance for continued duty.  New employees are required to meet the retention requirements by examination during the first ten months of service.

Those who are found to be not physically or emotionally qualified for air traffic control duties at any time will be subject to reassignment to a position for which they are fully qualified, retirement for disability if eligible, or separation from the service.

To be medically qualified for retention in the Federal Aviation Air Traffic Service, an air traffic control specialist must meet the following requirements.  (Unless otherwise indicated these requirements are identical for all air traffic control specialists.)

A.  Eye

(1)  Distant Visual Acuity

a.  Terminal - The terminal specialist must demonstrate: Distant visual acuity of 20/20 or better in each eye separately, without correction, or distant visual acuity of 20/200 or better in each eye separately, with correction to 20/20 or better in each eye.

b.  Center - The center specialist must demonstrate: Distant visual acuity of 20/20 or better in each eye separately, without correction, or distant visual acuity of 20/200 or better in each eye separately, with correction to 20/20 or better in each eye.

EXHIBIT NINE AT PAGE 28

3930.3A                                              5/9/80
Appendix 1

     c.   Flight Service Station - The station specialist must have
distant visual acuity of 20/20 or better in each eye separately, with
or without correction.

    (2)   Near Visual Acuity - all air traffic control specialists must
demonstrate near visual acuity of v=.75 or better (or equivalent
according to table of equivalents scale) in each eye separately with or
without correction.

Scale
Table of Equivalents

| Jaeger | Snellen Metric | Snellen English | FAA |
|--------|----------------|-----------------|------|
| J-1  | 0.59 | 20/20 | .50  |
| J-4  | .75  | 20/30 | .75  |
| J-6  | 1.00 | 20/40 | 1.00 |
| J-8  | 1.25 | 20/50 | 1.25 |
| J-10 | 1.50 | 20/60 | 1.75 |
| J-12 | 1.75 | 20/70 | 2.00 |

    (3)   Color Vision. - all specialists must demonstrate normal color
vision.

    (4)   Visual Fields

     a.   Terminal.   The terminal specialist must demonstrate normal
fields of vision.

     b.   Center.   The center specialist must demonstrate normal
fields of vision.

     c.   Flight Service Station.   The station specialist must
demonstrate normal central fields of vision.

    (5)   Phorias; Double Vision

     a.   Terminal.   The terminal specialist must have no esophoria
or more than 6 prism diopters or exophoria of more than 6 prism diopter
or hypophoria or hyperhporia or more than one prism diopter.

     b.   Center.   The center specialist must have no esophoria of
more than 6 prism diopters or exophoria of more than 6 prism diopters
hyperporia or hypophoria or more than one prism diopter.

Page 6

EXHIBIT NINE AT PAGE 29

Case 1:07-cv-01748-RMU   Document 26-3   Filed 09/03/09   Page 15 of 18

c. Flight Service Station. The station specialist must have no condition which causes double vision.

(6) Intraocular Tension; Glaucoma; Eye Pathology – all specialist must demonstrate normal introcular tension by tonometry. Must have no form of glaucoma in either eye and no other chronic pathological condition of either eye or adnexa that would be likely to interfere with proper function.

(7) Medication for Control of Intraocular Tension – must require no routine medication for control of intraocular tension.

B. Ear, Nose, and Throat.

(1) Ear Disease; Equilibrium

a. Terminal. The terminal specialist must demonstrate no chronic disease of the outer or middle ear, unilateral or bilateral, that might interfere with the comfortable, efficient use of the standard headphone apparatus or that might interfere with accurate perception of voice transmissions or spoken communications. Must have no ear disease that might cause a disturbance of equilibrium.

b. Center. The center specialist must demonstrate no chronic disease of the outer or middle ear, unilateral or bilateral, that might interfere with the comfortable, efficient use of standard headphone apparatus or that might interfere with accurate perception of voice transmissions or spoken communications. Must have no ear disease that might cause a disturbance or equilibrium.

c. Flight Service Station. The station specialist must demonstrate no chronic disease of the outer of middle ear, unilateral or bilateral, that might interfere with accurate perception of voice transmissions or spoken communications. Must have no ear disease that might cause a disturbance of equilibrium.

(2) Mastoid – must have no active disease of either mastoid.

(3) Eardrum Perforation – must demonstrate no unhealed perforation of either eardrum.

(4) Speech – must have no interference with enunciation and must have clear speech free of stuttering or stammering.

(5) Hearing Loss – must have no hearing loss in either ear of more than 30 decibels in either the 500, 1000, or 2000 HZ ranges. He must have no loss in these ranges greater than 25 decibels in the better ear. Non-static hearing loss in either ear of greater than 50 decibels in the 4000 HZ range will require an otological consultation.

EXHIBIT NINE AT PAGE 30

3930.3A
Appendix 1                                                    5/9/80


C.  Cardiovascular.

    (1)  Heart Disease

        a.  Terminal.  The terminal specialist must have no history or
symptomatic form of heart disease or any form requiring therapy.

        b.  Center.  The center specialist must have no history or
symptomatic form of heart disease or any form requiring therapy.

        c.  Flight Service Station.  The station specialist must have no
symptomatic form of heart disease.

    (2)  Disturbance of Rhythm; Other Abnormality; EKG - must demonstrate
no disturbance of rhythm or other cardiac abonormality on clinical
examination including resting and when clinically indicated, post-exercise
electrocardiography.

    (3)  Blood Pressure - must demonstrate blood pressure levels no
greater than the appropriate values in the following table.  Must require
no medication for control of blood pressure.

            Maximum Reclining Blood Pressure

| Age | Systolic | Diastolic |
|---|---|---|
| 20 to 29 | 140 | 90 |
| 30 to 39 | 150 | 90 |
| 40 to 49 | 150 | 100 |
| 50 and over | 160 | 100 |


    (4)  Heart size - must have no increase in heart size beyond
normal limits.

D.  Neurological.

    (1)  Convulsive Disorder - must have no medical history or clinical
diagnosis of a convulsive disorder.

    (2)  Disturbance of Consciousness - must have no medical history
or clinical diagnosis of a disturbance of consciousness without satisfactory
medical explanation of the cause.

    (3)  Cerebrovascular Accident - must have no history of a cerebrovascular
accident.  Must have no cerbrovascular condition which increases the likelihood
of such an accident.

EXHIBIT NINE AT PAGE 31

5/9/80                                                3930.3A
                                                      Appendix 1

(4)  Other Neurological Disorders - must have no other neurological
disorder that is found by the Federal Air Surgeon to constitute a hazard
to safety in the Air Traffic Control System.

(5)  Treatment for Nervous System Disorder - must be under no form
of treatment, including preventive treatment, of any disorder of the
nervous system.

E.  Musculoskeletal.

(1)  Ranges of Motion - must have no deformity of spine or limbs that
interferes with satisfactory and safe performance of duty.

(2)  Amputations; Dexterity - must have no absence of any extremity or
digit or any portion thereof sufficient to interfere with satisfactory and
safe performance of duty.

(3)  Predisposition to Fatigue and/or Discomfort - must have no
condition which predisposes to fatigue or discomfort induce by long periods
of standing or sitting.

F.  General Medical.

(1)  Diabetes Mellitus

a.  Terminal.  The terminal specialist who has an established
clinical diagnosis of diabetes mellitus will be evaluated for continued
duty based upon the degree of control of the disease.  Whether by diet
alone, or diet and hypoglycemic drugs, control which results in the
absence of symptoms and the absence of complications of the disease or the
therapy, may be considered as satisfactory control.  A controller with
diabetes mellitus who cannot demonstrate satisfactory control over specified
and observed periods of 48 hours is not cleared for duty involving active
air traffic control.

b.  Center.  The center specialist who has an established clinical
diagnosis of diabetes mellitus will be evaluated for continued duty based
upon the degree of control of the disease.  Whether by diet alone, or
diet and hypoglycemic drugs, control which results in the absence of
symptoms and the absence of complications of he disease or the therapy, may
be considered as satisfactory control.  A controller with diabetes mellitus
who cannot demonstrate satisfactory control over specified and observed
periods of 48 hours is not cleared for duty involving active air traffic
control.

c.  Flight Service Station.  The station specialist who has
established clinical diagnosis of diabetes mellitus will be evaluated
for continued duty based upon the degree of control of the disease.



EXHIBIT NINE AT PAGE 32

3930.3A                                             5/9/80
Appendix 1

Whether by diet alone, or diet and hypoglycemic drugs, control which
results in the absence of symptoms and the absence of complications of the
disease or the therapy, may be considered as satisfactory control.

(2)  Body Configuration - must possess such a body build as not to
interfere with sitting in an ordinary office armchair.

(3)  Other Medical Conditions - must have no other organic, functional
or structural disease, defect or limitation found by the Federal Air
Surgeon to clinically indicate a potential hazard to safety in the Air
Traffic Control System.  A pertinent history and clinical evaluation
including laboratory screening will be obtained, and when clinically
indicated, special consultations and examinations will be accomplished.

G.  Psychiatric.

(1)  Psychotic Disorder - must have no established medical history
or clinical diagnosis of a psychosis.

(2)  Mental, Neurotic, or Personality Disorder - must have no neurosis,
personality disorder, or mental disorder that the Federal Air Surgeon
determines clearly indicates a potential hazard to safety in the Air
Traffic Control System.  The determinations will be based on the medical
case history (including past, social, and occupational adjustment) supported
by clinical psychologists and board certified psychiatrists, including such
psychological test as may be required as a part of medical evaluation, as
the Federal Air Surgeon may prescribe.

(3)  Alcoholism and/or Alcohol Abuse - must have no clinical diagnosis
of alcoholism or alcohol abuse, since these constitute a hazard to safety
in Air Traffic Control System.

A history and clinical evaluation, including laboratory evaluation
(when indicated) will be accomplished to determine the presence or absence of
alcohol addiction, dependency, habituation, abuse or use.

(4)  Addition, Dependency, Habituation, or Abuse of Dangerous Drugs
- must have no clinical diagnosis of addiction, habituation, dependency or
abuse of any narcotic or nonnarcotic drug, since these constitute a threat
to safety in the Air Traffic Control System.

A history and a clinical evaluation, including laboratory evaluation
(when indicated) will be accomplished to determine the presence or absence
of drug addiction, dependency, habituation, abuse or use.

EXHIBIT NINE AT PAGE 33