**Greg Morgan**
**920 Foxon Road #466**
**East Haven, CT  06513**
**Telephone: (203) 671-3858**
**Fax: (661) 952-1902**
**Email: greg@morganclan.mobi**
**Pro Se**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG MORGAN,**<br><br>         **Plaintiff,**<br><br>      **v.**<br><br>**FEDERAL AVIATION ADMINISTRATION, et al.,**<br><br>         **Defendants.** | **Case No.:** 1-07-cv-01748 (RMU)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

# ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

ON THIS DAY came on  to be considered the motion of Plaintiff, Greg Morgan, for an Order granting leave to file a First Amended Complaint and the Court having considered the same and being fully advised, accordingly grants such motion; and It is accordingly ORDERED, ADJUDGED AND DECREED that Plaintiff has leave to file a First Amended Complaint.

Dated: _____          By: _____
                                          Ricardo M. Urbina,
                                          United States District Judge

1