## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
GREG A. MORGAN,                         )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )        Civil Action No. 07-1748 (RMU)
                                        )
FEDERAL AVIATION                        )
ADMINISTRATION, et al.,                 )
                                        )
            Defendants.                 )
_____)

### ORDER

Upon consideration of Defendants' Motion to Renew their dispositive motion in this case, the opposition and reply thereto, and for good cause shown, it is this _____ day of _____, 2009

ORDERED, that said motion is granted.  The motion [Docket Entry # 8], the opposition [Docket Entry # 18] and the reply [Docket Entry # 22], are hereby renewed, and will be considered as if refiled, pending further order..

_____
UNITED STATES DISTRICT JUDGE