UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREG A. MORGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 07-1748 (RMU) |
| FEDERAL AVIATION ADMINISTRATION, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' MOTION TO RENEW THEIR DISPOSITIVE MOTION [Docket Entry # 8] BASED ON *RES JUDICATA/COLLATERAL ESTOPPEL* AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

# Please see Docket Entry # 27 for duplicate image.

Respectfully submitted,

\_\_\_\_/s/_____
CHANNING D. PHILLIPS , D.C. Bar # 415793
Acting United States Attorney

\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

\_\_\_\_/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137