# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| GREG MORGAN, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-1748 (RMU) |
| | : | | |
| v. | : | Re Document Nos.: | 7, 8, 26 |
| | : | | |
| FEDERAL AVIATION ADMINISTRATION *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DENYING THE PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT; DENYING AS MOOT THE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 28th day of September, 2009, it is hereby

**ORDERED** that the defendants' motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiff's motion for leave to file an amended complaint is **DENIED**; and it is

**ORDERED** that the plaintiff's motion for judgment on the pleadings is **DENIED as moot**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge